# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL SOURCE, LLC, a Delaware corporation,<br><br>v.<br><br>BRIAN ADAMS, an individual, | Case No.: 5:17-cv-01728-JAK-GJS<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION**<br><br>JS-6 |

On August 25, 2017, Plaintiff Central Source, LLC ("Central Source") filed its Complaint against Brian Adams ("Adams"). The Complaint asserts that Adams has engaged in infringing use of Central Source's intellectual property in connection with the sale of so-called "negative option" credit monitoring services, and that such acts constitute trademark infringement, unfair competition, and false designation under federal law.

Central Source and Adams have agreed to the entry of this final judgment and permanent injunction ("Consent Judgment and Permanent Injunction") upon the following stipulated facts. Each party has waived the right to appeal from this Consent Judgment and Permanent Injunction. Each party will bear its own fees and costs in connection with this action. Should judicial enforcement of any of the terms of this Consent Judgment and Permanent Injunction become necessary in the future, the prevailing party will be entitled to its attorneys' fees and costs.

## **STIPULATED FACTS AND CONCLUSIONS**

• This Court has subject matter jurisdiction over this lawsuit and personal jurisdiction over Adams. Venue is proper in this Court.

• Central Source provides consumers with a secure means to request and obtain a free credit report once every 12 months in accordance with the Fair and Accurate Credit Transactions Act, and Central Source's ANNUALCREDITREPORT service/site is the only service/site authorized by the U.S. Federal Trade Commission and the Consumer Financial Protection Bureau to provide this service.

• Central Source is the owner of U.S. Trademark Registration No. 4,152,650 for the mark ANNUALCREDITREPORT, which was issued by the U.S. Patent and Trademark Office on June 5, 2012, and which recites a date of first use of November 30, 2004.

• Central Source is the owner of the Internet domain name AnnualCreditReport.com, which dates to June 25, 2004.

- Central Source has used the ANNUALCREDITREPORT mark and the AnnualCreditReport.com domain name since at least November 2004 in connection with the referral of requests by consumers for legally-authorized consumer credit report disclosures to the consumer credit reporting agencies.
- Central Source began promoting the ANNUALCREDITREPORT mark and AnnualCreditReport.com domain name in a press release issued on November 23, 2004.
- As a result of Central Source's promotion of the ANNUALCREDITREPORT mark and AnnualCreditReport.com domain name, and the corresponding media coverage and promotion by the U.S. Federal Trade Commission, consumers immediately associated the ANNUALCREDITREPORT mark and the AnnualCreditReport.com service/site with Central Source.
- Adams is not authorized to use the ANNUALCREDITREPORT mark except as required by the Credit Card Accountability Responsibility and Disclosure Act.
- Adams has engaged in infringing use of Central Source's intellectual property in furtherance of the sale of credit monitoring services not authorized by Central Source.
- Adams has used the terms "AnnualCreditReport", "www.AnnualCreditReport.com", and "AnnualCreditReport.com" to benefit from consumers seeking Central Source's genuine ANNUALCREDITREPORT site and service.
- Adams has misused Central Source's ANNUALCREDITRREPORT mark through the repetitive use of the terms "www.annualcreditreport.com",
- "annualcreditreport.com", "http://annualcreditreport.com", "annual credit report.com", and "free annual credit report" in hidden text (i.e., a difficult to read font) at the bottom of the website displayed by Adams at www.officialcreditreporting.com and www.3creditbureauscores.com.

• Adams' unlawful activities constitute trademark and copyright infringement, unfair competition, and false designation of origin under federal law.

• Adams represents that he ceased all of the above activities as of October 25, 2017.

## ORDER

**ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED** by consent of Central Source and Adams that Adams and any persons or entities acting on his behalf, including any companies or entities that Adams owns or controls together with its principals, officers, directors, employees, agents, attorneys, servants, employees, distributors, suppliers and all other persons in active concert or participation with them who receive notice of this Consent Judgment and Permanent Injunction, shall be and hereby are permanently enjoined and restrained from:

• Imitating, copying or making unauthorized use of the ANNUALCREDITREPORT mark, ANNUALCREDITREPORT.COM, or any other confusingly similar variation thereof that uses the words "annual" "credit" and "report" or any misspelling thereof;

• Using any copy or colorable imitation of the ANNUALCREDITREPORT mark in connection with the promotion, advertisement, display, sale, offering for sale, manufacture, printing, importation, production, circulation or distribution of any product or service, in such fashion as to relate or connect such product in any way to Central Source, or to any service provide by or connected with Central Source; or

• Engaging in any other activity constituting unfair competition with Central Source, or constituting an infringement of the ANNUALCREDITREPORT mark or constituting any damage to Central Source's name; marks, reputation or goodwill.

**IT IS FURTHER ORDERED AND ADJUDGED pursuant to Rule 54, Federal Rules of Civil Procedure**, that judgment is hereby entered in favor of

Central Source and against Adams in the amount of fifty thousand dollars ($50,000.00). Central Source shall not execute on this monetary judgment so long as Adams complies with the permanent injunction contained in this Consent Judgment and Permanent Injunction.

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court shall retain jurisdiction for the purpose of making any further orders necessary or proper for the construction or modification of this Consent Judgment and Permanent Injunction, the enforcement thereof, or the punishment of any violations thereof.

**IT IS FURTHER ORDERED AND ADJUDGED** that the prevailing party in any proceeding to enforce the terms of this Consent Judgment and Permanent Injunction shall be entitled to an award of its attorneys' fees and costs.

The undersigned hereby stipulate to the above facts and conclusions and consent to the entry of this Consent Judgment and Permanent Injunction, which may be signed in counterparts. Signatures can be obtained and exchanged by facsimile.

**IT IS SO STIPULATED.**

DATED: December 5, 2017       CENTRAL SOURCE, LLC

By   *s/Kenneth P. White*
　　　　Kenneth P. White
　　　Local Counsel for Plaintiff
　　　　Central Source, LLC

DATED: November 2, 2017       BRIAN ADAMS

By
　　*s/Seth W. Wiener w/permisson*
　　　　Seth W. Wiener
　　　Counsel for Defendant
　　　　Brian Adams

[SIGNATURES CONTINUE ON NEXT PAGE]

**PURSUANT TO STIPULATION AND RULE 54, FEDERAL RULES OF CIVIL PROCEDURE, IT IS SO ORDERED AND ADJUDGED.**

DATED: December 13, 2017

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE